UNITED STATES DISTRICT COURT
District of Massachusetts

| | | |
|---|---|---|
| TIMOTHY MORRISSEY,<br>   Plaintiff | ) <br>)<br>)<br>) | JUDGMENT |
| v. | )<br>)<br>) | Civil Action No. 10-30052-KPN |
| TOWN OF AGAWAM, et al.,<br>   Defendants | )<br>) | |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In accord with the court's Memorandum and Order Regarding Defendants' Motion for Summary Judgment dated July 12, 2012, judgment is hereby entered for Defendants.

July 12,  2012          Sarah A. Thornton
Date                Clerk

                By: /s/ Bethaney A. Healy
                    Deputy Clerk